1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   PATRICK INKSTER, et al.,                    CASE NO. CV F 12-1249 LJO MJS

12                       Plaintiffs,             **ORDER TO DISMISS AND CLOSE
                                                 ACTION**
13                                               (Docs. 15-18.)

14                  vs.

15   NANCY RIGGS, et al.,

16                       Defendant.
     _____/

17          Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

18          1.      DISMISSES without prejudice plaintiffs' remaining claims against defendants Nancy

19                  Riggs and Riggs & Associates (collectively "Riggs");

20          2.      VACATES all pending matters and dates, including the February 14, 2013 hearing on

21                  Riggs' F.R.Civ.P. 12(b)(6) motion to dismiss.  This Court will take no further action on

22                  Riggs' motion to dismiss; and

23          3.      DIRECTS the clerk to close this action.

24

25          IT IS SO ORDERED.

26   **Dated:    February 1, 2013             /s/  Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE
27

28

1