IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK INKSTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY RIGGS, et al.,<br><br>Defendant.<br>_____/ | CASE NO. CV F 12-1249 LJO MJS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Docs. 15-18.) |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice plaintiffs' remaining claims against defendants Nancy Riggs and Riggs & Associates (collectively "Riggs");

2. VACATES all pending matters and dates, including the February 14, 2013 hearing on Riggs' F.R.Civ.P. 12(b)(6) motion to dismiss. This Court will take no further action on Riggs' motion to dismiss; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   February 1, 2013**          /s/  Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1